

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00603-CR

Chad William **BALLARD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-03-10907-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Appellant's brief was originally due on November 20, 2014. Appellant's retained counsel, Mr. Anton Hackebeil, has been granted one previous thirty-day extension, until December 19, 2014. On December 18, 2014, Mr. Hackebeil filed a request for a sixty-day extension. The motion is GRANTED, and it is ORDERED that appellant's brief shall be filed <u>no later than February 17, 2015</u>. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court